IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Scott Jeffrey Alwine, II

Case No. 1-24-02364 HWV
Chapter 13

## SECOND MOTION TO EXTEND TIME
## FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 30th day of October, 2024, comes the above Debtor, by his counsel, E. Haley Rohrbaugh, Esquire and CGA Law Firm, and files the within Motion averring that:

    1.    The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

    2.    The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on September 19, 2024.

    3.    Debtor has provided counsel with most of the documents needed to complete his petition and is in the process of gathering a few remaining documents.

    4.    The Debtor requests an extension of thirty (30) days to file all remaining documents.

WHEREFORE, the Debtor requests an extension of time of thirty (30) days in which to file all remaining documents to accompany his bankruptcy petition.

        Respectfully submitted,
        CGA LAW FIRM, PC

By: /s/ E. Haley Rohrbaugh
    E. Haley Rohrbaugh
    Supreme Court I.D. No. 323803
    135 North George Street
    York, PA 17401-1282
    717-718-7110
    Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
  Scott Jeffrey Alwine, II

Case No. 1-24-02364 HWV
Chapter 13

ORDER EXTENDING TIME TO
FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended thirty (30) days, to November 29, 2024.

BY THE COURT,