| | |
|---|---|
| In re: | Case No. 24-02364-HWV |
| Scott Jeffrey Alwine, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 19, 2024 | Form ID: pdf010 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Jeffrey Alwine, II, 12 N. Peters Street, New Oxford, PA 17350-1215 |
| 5654492 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5654496 | | Email/Text: collectionsbankruptcy@belco.org | Dec 19 2024 18:38:00 | BELCO COMMUNITY CREDIT UNION, ATTN: BANKRUPTCY DEPT., 449 EISENHOWER BLVD. SUITE 200, HARRISBURG, PA 17111 |
| 5654497 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 19 2024 18:38:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5654491 | + | Email/Text: hrohrbaugh@cgalaw.com | Dec 19 2024 18:38:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5654493 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2024 18:38:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5654498 | ^ | MEBN | Dec 19 2024 18:32:10 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5654499 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 19 2024 18:38:00 | LOANCARE, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5668625 | + | Email/Text: camanagement@mtb.com | Dec 19 2024 18:38:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5654500 | + | Email/Text: Bankruptcies@nragroup.com | Dec 19 2024 18:38:00 | NATIONAL RECOVERY AGENCY, ATTN: BANKRUPTCY, 2491 PAXTON ST, HARRISBURG, PA 17111-1036 |
| 5671909 | | Email/Text: mtgbk@shellpointmtg.com | Dec 19 2024 18:38:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5654494 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2024 18:38:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5654495 | | Email/Text: kcm@yatb.com | Dec 19 2024 18:38:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5654490 | *+ | SCOTT JEFFREY ALWINE, II, 12 N. PETERS STREET, NEW OXFORD, PA 17350-1215 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Scott Jeffrey Alwine II hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Scott Jeffrey Alwine, II

Debtor 1

Chapter: 13
Case No.: 1:24-bk-02364-HWV

## ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

It is

**ORDERED** that the case of the above named Debtor is **DISMISSED**. The Trustee is discharged from further responsibility in this case. It is further

**ORDERED** that all pending actions in this case are dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for compensation and expenses.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 19, 2024