United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 24-02364-HWV
Scott Jeffrey Alwine, II  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1
Date Rcvd: Jan 07, 2025     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Scott Jeffrey Alwine, II, 12 N. Peters Street, New Oxford, PA 17350-1215 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust blemon@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Scott Jeffrey Alwine II hrohrbaugh@cgalaw.com, kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**SYLVIA H. RAMBO US COURTHOUSE**
1501 N. 6TH Street
Harrisburg, PA 17102
(717) 901-2800



**MAX ROSENN U.S. COURTHOUSE**
197 South Main Street, Room 274
Wilkes-Barre, PA 18701
(570) 831-2500

Seth F. Eisenberg
Clerk of Court

January 7, 2025

Scott Jeffrey Alwine, II
12 N. Peters St.
New Oxford, PA 17350

        In Re:     Scott Jeffrey Alwine, II
        Case No.: 1:24-bk-02364-HWV
        Chapter:  13

Dear Debtor:

Please be advised that even though your case has been dismissed, you remain responsible for the unpaid filing fees.

    **Your unpaid filing fees total: $ 313.00**

You can pay these fees using any of the following methods:

- [On-line]() using a debit card;
- a cashier's check; or
- a money order.

Cashier's checks and money orders must be made payable to the "Clerk, United States Bankruptcy Court".

The Clerk's office does not accept cash, personal checks from debtors, or third-party checks.

Please promptly submit your payment.

Sincerely,

Nadine Petrina

*Nadine Petrina*
Financial Administrator